## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| TYRONE WILLIAMS, JR., | Civil No. 20-1851 (JRT/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| S. KALLIS, | |
| Respondent. | |

Tyrone Williams, Jr., Reg No. 78238-083, FMC Rochester, PMB 4000, Rochester, MN 55903-4000, *pro se* petitioner.

Ana H Voss, Erin Secord, Ann Bildtsen, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 13, 2021 (ECF No. 10), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Petitioner's Petition for Habeas Corpus Relief (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  August 11, 2021
in Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court